# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 20, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-60344    Khalil v. Blanche
Agency No. A233 698 925

The court has taken the following action in this case: petitioner's opposed motion to suspend briefing notice dated June 5, 2026 or, alternatively, to extend time to file brief of petitioner is denied.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703

Ms. Oona Cahill
Mr. Stanley Crockett
Ms. Alanna Thanh Duong
Office of Immigration Litigation
Mr. Johnny Sinodis
Mr. Marc Van Der Hout