# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 22, 2026

Lyle W. Cayce
Clerk

No. 26-60344

————————

Mahmoud Khalil,

*Petitioner*,

*versus*

Todd Wallace Blanche, *Acting U.S. Attorney General*,

*Respondent*.

————————————————————————

Petition for Review from an Order of the
Board of Immigration Appeals
Agency No. A233 698 925

————————————————————————

ORDER:

IT IS ORDERED that Petitioner's unopposed motion to file motion to transfer case and Respondent's response/opposition thereto in excess of the word count limitation, up to 7,500 words, is GRANTED.

IT IS FURTHER ORDERED that Petitioner's unopposed motion for 21-day extension of time for Respondent to file response/opposition to the motion to transfer is GRANTED.

IT IS FURTHER ORDERED that Petitioner's unopposed motion for 14-day extension of time for Petitioner to file reply to response/opposition to the motion to transfer is GRANTED.

Kurt D. Engelhardt
*United States Circuit Judge*