# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 6, 2026

Lyle W. Cayce
Clerk

No. 26-60344

Mahmoud Khalil,

*Petitioner,*

*versus*

Todd Wallace Blanche, *Acting U.S. Attorney General,*

*Respondent.*

Petition for Review from an Order of the
Board of Immigration Appeals
Agency No. A233 698 925

ORDER:

IT IS ORDERED that Petitioner's opposed motion for reconsideration of the Clerk Order denying motion to suspend briefing notice or, in the alternative, to extend time to file brief of Petitioner for 60 days is DENIED.

Kurt D. Engelhardt
*United States Circuit Judge*