# United States Court of Appeals for the Fifth Circuit

No. 26-60344

United States Court of Appeals
Fifth Circuit
**FILED**
September 9, 2026
Lyle W. Cayce
Clerk

MAHMOUD KHALIL,

*Petitioner*,

*versus*

TODD WALLACE BLANCHE, *Acting U.S. Attorney General*,

*Respondent*.

Petition for Review from an Order of the
Board of Immigration Appeals
Agency No. A233 698 925

UNPUBLISHED ORDER

Before JONES, HO, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that Petitioner's opposed motion to transfer the petition for review to the United States District Court for the Eastern District of New York is DENIED.