# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**


October 15, 2026

Ms. Alanna Thanh Duong
U.S. Department of Justice
Civil Division/OIL
P.O. Box 878
Ben Franklin Station
Washington, DC 20044-0878

Mr. Joshua Clayton McCroskey
U.S. Department of Justice
Civil Division/OIL
P.O. Box 878
Ben Franklin Station
Washington, DC 20044-0878

Office of Immigration Litigation
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 878
Ben Franklin Station
Washington, DC 20044

No. 26-60344 Khalil v. Blanche
Agency No. A233 698 925

Dear Ms. Duong, Mr. McCroskey, Office of Immigration Litigation,

We have determined that your brief is deficient (for the reasons cited below) and must be corrected within 14 days. We note that our Quality Control Program advised you of some of these deficiencies when you filed the document.

The brief exceeds the word count limitation and/or the page limitations. See Fed. R. App. P. 32(a)(7). You must modify the brief or file a motion for leave to exceed the word count limitation and/or the page limitations. See Fed. R. App. P. 27, 5th Cir. R. 27.4 and 5th Cir. R. 32.4 for motion requirements.

We have identified a potential problem with the **signature** required by 5th Cir. R. 28.2.1(b)(2) to follow the Certificate of Interested Persons. The signature is either missing or does not match the name of the attorney as reflected in our records. 5th Cir. R. 25.2.10 requires the signature of the filing attorney (the attorney whose log-in was used for the filing). That rule further requires the filing attorney’s name be typed on the line where the attorney

would normally sign, and be preceded by an "s/". An image of the signature is not allowed.

We have identified a potential problem with the **signature** required by 5th Cir. R. 32.3 and Form 6 to follow the Certificate of Compliance. The signature is either missing or does not match the name of the attorney as reflected in our records. 5th Cir. R. 25.2.10 requires the signature of the filing attorney (the attorney whose log-in was used for the filing). That rule further requires the filing attorney's name be typed on the line where the attorney would normally sign, and be preceded by an "s/". An image of the signature is not allowed.

Note: Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made. Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

S. Rasheed

By: _________________________
Shatyra Rasheed, Deputy Clerk
504-310-7646

cc:
Ms. Nora Ahmed
Mr. Khaled Alrabe
Mr. Baher Azmy
Ms. Esha Bhandari
Ms. Oona Cahill
Ms. Camille Cummings
Ms. Alina Das
Ms. Luna Droubi
Ms. Ariadne Motta Ellsworth
Ms. Katherine Kelly Fell
Mr. Conor T. Fitzpatrick
Mr. Brian Matthew Hauss
Mr. Robert Hodgson
Mr. Omar C. Jadwat
Mr. Brett Max Kaufman
Ms. Margaret Kopel
Ms. Sidra Mahfooz
Ms. Fatma Essam Marouf
Mr. Michael R. Noveck
Mr. Edward F. Ramos
Ms. Trina A. Realmuto

Ms. Veronica Salama
Mr. Johnny Sinodis
Ms. Alicia Jeanine Triche
Ms. Nicole Valente
Mr. Marc Van Der Hout
Mr. Xiangnong Wang
Ms. Amanda Waterhouse
Ms. Lauren Jane Yu